UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| DARYL E. SAYLES, | Case No. 2:18-cv-01007-GMN-VCF |
|---|---|
| Plaintiff | ORDER REOPENING CASE |
| v. | |
| STATE OF NEVADA et al., | |
| Defendants | |

**I.    DISCUSSION**

On August 5, 2019, the Court entered a screening order permitting the case to proceed to the inmate early mediation program as long as Plaintiff filed an application to proceed *in forma pauperis* for non-prisoners or paid the full filing fee for a civil action within 30 days of that order. (ECF No. 4 at 5-6). The Court warned that, if Plaintiff failed to file a non-prisoner application or pay the full filing fee, the Court would dismiss the case with prejudice. (*Id.*) After receiving no response from Plaintiff, the Court dismissed the case with prejudice on September 12, 2019. (ECF No. 8). The Clerk of the Court entered judgment the next day. (ECF No. 9).

On September 23, 2019, Plaintiff filed a motion for reconsideration. (ECF No. 10). The motion states that Plaintiff did file a non-prisoner application to the Court on August 23, 2019 and submits a copy of the application with that date as an exhibit. (ECF No. 10-1 at 2; ECF No. 10-2).

In light of Plaintiff's motion and documentation, the Court will grant Plaintiff's motion for reconsideration, vacate the judgment, reopen the case, and reset the case for inmate early mediation.

**II.   CONCLUSION**

For the foregoing reasons, it is ordered that the motion for reconsideration (ECF No. 10) is granted.

It is further ordered that the Clerk of the Court will docket the application to proceed

*in forma pauperis* for a non-prisoner (ECF No. 10-2 at 2-3) in a separate entry as an active, pending motion.

It is further ordered that the dismissal order (ECF No. 8) and the judgment (ECF No. 9) are vacated.

It is further ordered that the Clerk of the Court is directed to reopen the case.

It is further ordered that the Court will enter a separate order about resetting the inmate early mediation conference in this case.

It is further ordered that the case is stayed until two days after the rescheduled inmate early mediation conference. The Attorney General's Office will submit a status report by that date.

DATED THIS 25 day of September 2019.

Gloria M. Navarro, Judge
United States District Court